UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

KAREEM S. PERRY,

                          Plaintiff,

          -against-                                        9:08-CV-0602 (LEK/ATB)

BRIAN S. FISCHER, *et al.*,

                          Defendants.

_____

## DECISION AND ORDER

This matter comes before the Court following a Report-Recommendation filed on

March 2, 2010 by the Honorable Andrew T. Baxter, United States Magistrate Judge,

pursuant to 28 U.S.C. § 636(b) and L.R. 72.3 of the Northern District of New York.  Report-

Rec. (Dkt. No. 87).  After ten days from the service thereof, the Clerk has sent the entire file

to the undersigned, including Plaintiff Kareem Perry's Objections, (Dkt. No. 92)

("Objections"), which were filed on March 26, 2010.[1]

It is the duty of this Court to "make a de novo determination of those portions of the

report or specified proposed findings or recommendations to which objection is made."  28

U.S.C. § 636(b).  "A [district] judge . . . may accept, reject, or modify, in whole or in part,

the findings or recommendations made by the magistrate judge."  Id.  This Court has

considered the Objections and has undertaken a de novo review of the record and has

determined that the Report-Recommendation should be approved for the reasons stated

_____

[1]Plaintiff was granted an extension of time to file his Objections pursuant to his March 9,
2010 Letter Motion.  Dkt. No. 89.

1

therein.

Accordingly, it is hereby

**ORDERED**, that the Report-Recommendation (Dkt. No. 87) is **APPROVED** and **ADOPTED** in its **ENTIRETY**; and it is further

**ORDERED**, that Defendants' Motion for sanctions and to dismiss the Amended Complaint (Dkt. No. 56) is **GRANTED**; and it is further

**ORDERED**, that; Plaintiff's Amended Complaint (Dkt. No. 24) is **DISMISSED** in its entirety **with prejudice**; and it is further

**ORDERED**, that Plaintiff's *in forma pauperis* status is revoked, and he is ordered to pay any balance on his $350 filing fee immediately; and it is further

**ORDERED**, that Plaintiff's Motion for summary judgment (Dkt. No. 50) is **DENIED** as moot; and it is further

**ORDERED**, that Plaintiff's various discovery and procedural Motions (Dkt. Nos. 67, 72, 74-76, 82) are **DENIED** as moot; and it is further

**ORDERED**, that the Clerk serve a copy of this Order on all parties.

**IT IS SO ORDERED**.


DATED:      March 31, 2010
            Albany, New York

Lawrence E. Kahn
U.S. District Judge

2